# United States Bankruptcy Court
# Eastern District of Texas

IN RE: **Lifelong Independence And Fitness Enrich**
Debtor(s)

Case No. _____
Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept .................................................................. $ **4,701.00**

   Prior to the filing of this statement I have received .......................................................... $ **4,701.00**

   Balance Due ........................................................................................ $ **0.00**

2. The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
   **Debtor also reimbursed $299.00 for filing fee.**

6. By agreement with the debtor(s), the above disclosed fee does not include the following services:
   **Representation of the debtor(s) in adversary proceedings and other contested bankruptcy matters will be at a rate of $200.00 per hour, plus expenses.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**July 14, 2011**
Date

*/s/ Donald Johnston*
**Donald Johnston 10834550**
**Law Office of Donald Johnston**
**306 N. Travis Street, Suite 102**
**Sherman, TX 75090**
**(903) 891-9840  Fax: (903) 891-4051**
**djohnston50@verizon.net**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Eastern District of Texas

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lifelong Independence And Fitness Enrich** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names):<br>**dba Life Center Specialty Hospital** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **26-2747513** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1111 Gallagher Dr**<br>**Sherman, TX**<br>ZIPCODE **75090-1713** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br><br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Grayson** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br><br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1111 Gallagher Dr, Sherman, TX** | ZIPCODE **75090-1713** |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- ☑ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable.)
- ☑ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lifelong Independence And Fitness Enrich** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed:**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>Signature of Attorney for Debtor(s)                                        Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)
  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:
  ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| B1 (Official Form 1) (4/10) | Page 3 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lifelong Independence And Fitness Enrich** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>X ***/s/ Donald Johnston***<br>Signature of Attorney for Debtor(s)<br><br>**Donald Johnston 10834550**<br>**Law Office of Donald Johnston**<br>**306 N. Travis Street, Suite 102**<br>**Sherman, TX 75090**<br>**(903) 891-9840 Fax: (903) 891-4051**<br>**djohnston50@verizon.net**<br><br>**July 14, 2011**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Petition Preparer**<br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X ***/s/ Louis P. Bradley***<br>Signature of Authorized Individual<br><br>**Louis P. Bradley**<br>Printed Name of Authorized Individual<br><br>**Chief Executive Officer**<br>Title of Authorized Individual<br><br>**July 14, 2011**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Texas**

**IN RE:** Case No. _____

**Lifelong Independence And Fitness Enrich** Chapter **7**
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **July 14, 2011**  Signature: **/s/ Louis P. Bradley**
 **Louis P. Bradley, Chief Executive Officer**  Debtor

Date: _____  Signature: _____
 Joint Debtor, if any

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Advanced Medical Imaging
PO Box 1720
Sherman, TX   75091-1720


Aetna, Inc.
PO Box 784836
Philadelphia, PA   19105


Airscan Tech
PO Box 1539
Springtown, TX   76082-1539


Allscripts
8529 Six Forks Rd
Raleigh, NC   27615-2963


Alverson Refrigeration
PO Box 645
Denison, TX   75021-0645


American Healthtech
PO Box 12310
Jackson, MS   39236-2310


Anchor Technology
PO Box 2563
Sherman, TX   75091-2563


Anna Harvey
19 Loy Dr
Denison, TX   75020-2314


Attorney General
Child Support/Bankruptcy Section # 407
10260 North Central Expressway, # 210
Dallas, TX   75231-3426

Aureus
13609 California St
Omaha, NE  68154


Batteries Plus
4054 N US Highway 75
Sherman, TX  75090-0529


Beacon Medaes
PO Box 601452
Charlotte, NC  28260-1452


Biomedical Waste Solutions
PO Box 25019
Beaumont, TX  77720


Bradley Rue, MD
600 N Highland Ave Ste 101
Sherman, TX  75092-5631


Briggs
PO Box 1355
Des Moines, IA  50306-1355


Burden Pumping Service
1153 Whiting Rd
Bells, TX  75414-2759


Cable One
3720 Texoma Pkwy
Sherman, TX  75090-1706


Casamba Inc.
5210 Lewis Rd Ste 10
Agoura Hills, CA  91301-2662

City Of Sherman
PO Box 1106
Sherman, TX   75091-1106


Collection Bureau Of America
PO Box 5013
Hayward, CA   94540-5013


Color ID
PO Box 1350
Cornelius, NC   28031-1350


Comptroller Of Public Accounts
Revenue Acctg/Bkry
P.O. Box 13528
Austin, TX   78711-3528


Dallas Popcorn Distributors
PO Box 551171
Dallas, TX   75355-1171


David W. Osterman
403 N Highland Ave
Sherman, TX   75092-7351


Dealers Electrical Supply
PO Box 2535
Waco, TX   76702-2535


Deborah Fisher, MD
140 W Lamberth Rd, Ste B
Sherman, TX   75092


Diagnostex, LLC
2921 Brown Trl
Bedford, TX   76021-4174

Direct Business Pages Publications
132 E 43rd St Ste 4
New York, NY  10017-4019


Ecolab
PO Box 70343
Chicago, IL  60673-0343


Empire Paper Company
2708 Central Fwy E
Wichita Falls, TX  76301-8050


Express Pest Control
323 Industrial Blvd Ste C
McKinney, TX  75069-7325


Farmer Brothers Coffee
PO Box 934237
Atlanta, GA  31193-4237


Favorite Healthcare Staffing
PO Box 803356
Kansas City, MO  64180-3356


Ferguson Industrial Gases
PO Box 508
Frisco, TX  75034-0009


First Shred LLC
2081 Hutton Dr Ste 206
Carrollton, TX  75006-6873


GlaxoSmithKline Pharmaceutical
PO Box 740415
Atlanta, GA  30374-0415

Grainger
Dept. 875436677
PO Box 419267
Kansas City, MO  64141-6267


Grayson County Tax  Assessor/Collector
P.O. Box 2107
Sherman, TX  75091-2107


Grayson Pro-Tech Inc.
3729 N State Highway 91
Denison, TX  75020-1925


Gulf South Medical Supply
PO Box 841068
Dallas, TX  75284-1968


Hanger Prosthetics
3737 Loy Lake Rd
Sherman, TX  75090-2529


Haring Office Equipment, Inc.
101 N Travis St
Sherman, TX  75090-5920


Harris Blanton
2001 Skyline Dr Bldg C
Sherman, TX  75092


Health Care Logistics
PO Box 25
Circleville, OH  43113-0025


Health Edu/Texas Tech University
3601 4th St., Ms 7755
Lubbock, TX  79430-0001

Healthland
Dept CH 17945
Palatine, IL  60055-7945


Heartland Publications
Durant Daily Democrat
15397 Collections Center Dr.
Chicago, IL  60693-0001


Herald Democrat
PO Box 1128
Sherman, TX  75091-1128


Independent Bank
PO Box 3035
McKinney, TX  75070-8181


Ingenix
PO Box 27116
Salt Lake City, UT  84127-0116


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA  19101-7346


Johnson-Burks Supply Co.
518 E Lamar St
Sherman, TX  75090-7020


KCI USA
PO Box 203086
Houston, TX  77216-3086

Keith Williams & Associates
608 Burghley Ln
Franklin, TN  37064-8231


Laboratory Corporation Of America
PO Box 12140
Burlington, NC  27216-2140


Lamar Companies
PO Box 96030
Baton Rouge, LA  70896-9030


Landmark Bank, NA
C/O William Riley Nix, Esq.
717 N Crockett St
Sherman, TX  75090-4979


LeCrone Law Firm, PC
220 W Cherry St
Sherman, TX  75090-7206


Life Center Specialty Hospital
111 Gallagher Drive
Sherman, TX  75090


Lisa Wilson
1212 Dundale Cir
Sherman, TX  75092-5233


Lone Star Ambulance
PO Box 850246
Richardson, TX  75085-0246


Lou Bradley
1111 Gallagher Dr
Sherman, TX  75090-1713

Luke Horn Electric
504 W Coffin St
Denison, TX   75020-7610


Mark Westerman
498 Bones Chapel Rd
Whitesboro, TX   76273-7529


Matthew Bender & Co., Inc.
PO Box 7247-0178
Philadelphia, PA   19170-0178


McKeeson
4012 S Purdue St
Oklahoma City, OK   73179-7816


Med-Pass
10800 Industry Ln
Miamisburg, OH   45342-0820


Medline
Dept 1080
PO Box 121080
Dallas, TX   75312-1080


Medquist Transcriptions LTD
PO Box 29307
New York, NY   10087-9307


Mes, Inc.
1300 N Mayhill Rd
Denton, TX   76208-1100


Metro Linen
PO Box 978
McKinney, TX   75070-8146

Metrostat Diagonostic Services, Inc.
325 Gold St Ste 100
Garland, TX   75042-6658


Morales/Neurologic Spine Institute
300 N Highland Ave Ste 315
Sherman, TX   75092-7389


Morrison Supply Company
PO Box 70
Fort Worth, TX   76101-0070


My Printchoice.Com
1547 Sandlewood Dr
Allen, TX   75002-0967


National Recall Alert Center
PO Box 609
Marlton, NJ   08053-0609


Nevill Financial Leasing LP
1305 W Belt Line Rd Ste 320
Carrollton, TX   75006-6980


New ERA Life Ins. Co.
PO Box 4884
Houston, TX   77210-4884


Northwestern Mutual
PO Box 3009
Milwaukee, WI   53201-3009


Nursefinders
PO Box 910738
Dallas, TX   75391-0738

OEM Supplies
PO Box 166051
Irving, TX   75016-6051


Orthopedic And Sports Medicine
321 N Highland Ave Ste 120
Sherman, TX   75092-7371


Paramax
PO Box 2671
Sherman, TX   75091-2671


Patrick Henry Medical
1613 Texoma Pkwy
Westfield, NJ   07090


Physician Sales & Service
3125 N. Great Southwest Pkwy, Ste 200
Grand Prairie, TX   75050


Pitney Bowes Global Financial Services
PO Box 371887
Pittsburgh, PA   15250-7887


Pitney Bowes Purchase Power
PO Box 371874
Pittsburgh, PA   15250-7874


Quest Diagonostics
PO Box 740709
Atlanta, GA   30374-0709


Quintech Inc.
3202 Richmond Rd
Texarkana, TX   75503-0702

Rad Richardson
2401 Turtle Creek Dr
Sherman, TX   75092-3029


Rapid Refill Ink
400 N Central Expy Ste 106
McKinney, TX   75070-3546


Reflectx Services, Inc.
19399 Helenberg Rd Ste 5&6
Covington, LA   70433


Relyability Staffing
PO Box 1616
Quinlan, TX   75474-0027


Restorative Care Of America
12221 33rd St N
Saint Petersburg, FL   33716-1841


Richard D. Jelsma
425 N Highland Ave Ste 110
Sherman, TX   75092-7383


Roadrunner X-Ray, Inc.
PO Box 3802
Sherman, TX   75091-3802


Sammons Preston
PO Box 93040
Chicago, IL   60673-3040


Security Card Services
5100 Interchange Way Ste 100
Louisville, KY   40229-2160

Southwest Ice Cream
PO Box 201074
Dallas, TX  75320-1074


Sparkletts And Sierra Springs
PO Box 6600579
Dallas, TX  75266-0579


St John Companies
PO Box 840655
Dallas, TX  75284-0655


Standard Register
PO Box 840655
Dallas, TX  75284-0655


Staples Advantage
PO Box 71217
Chicago, IL  60694-1217


SuperMedia
PO Box 619810
Dallas, TX  75261-9810


Supporting Your IT
PO Box 2071
Sherman, TX  75091-2071


Sysco Dallas, Inc.
800 Trinity Drive
Pottsboro, TX  75076


TC LogicQ
3630 Sinton Rd Ste 306
Colorado Springs, CO  80907-5072

Terminix Commercial
608 Development Dr Ste 200B
Plano, TX   75074


Texas Health Presbyterian WNJ
500 N Highland Ave
Sherman, TX   75092-7354


Texas Hospital Association
PO Box 940121
Dallas, TX   75397-0001


Texas Mutual Insurance
PO Box 841843
Dallas, TX   75284-1843


Texas Tech Univ. Health Sciences Ctr.
3601 4th Street, Ms 77555
Lubbock, TX   79430-0001


Texas Vital Care
PO Box 132
Bells, TX   75414-0132


Texas Workforce Commission
101 E. 15th Street
Austin, TX   78778-0001


Texoma Concrete Cutting, LLC
6538 N Fm 1417
Denison, TX   75020-8884


Texoma Ultrasound
414 W Main St
Denison, TX   75020-3127

The Joint Commission
PO Box 92775
Chicago, IL   60675-2775


The Lock Doc
438 W Houston St
Sherman, TX   75090-5818


Total Fire & Safety Inc.
7909 Carr St
Dallas, TX   75227-4056


U.S. Attorney
110 North College Avenue, # 700
Tyler, TX   75702-0204


U.S. Trustee
Office Of The U.S. Trustee
110 N College Ave Ste 300
Tyler, TX   75702-7231


Unifirst Holdings Inc.
1100 Fm 1417 NE
Sherman, TX   75090-2704


Uniform Data System
270 Northpointe Pkwy Ste 300
Buffalo, NY   14228-1897


Universal Hospital Services
PO Box 86
Minneapolis, MN   55486-0940


Visionary Medical Imaging
PO Box 640
Sherman, TX   75091-0640

```
Webb's
214 E Mulberry St
Sherman, TX   75090-5946


Wholesale Electric Supply
PO Box 1258
Texarkana, TX   75504-1258


Wilson N. Jones Memorial Hospital
500 N Highland Ave
Sherman, TX   75092-7354


Zoll Medical Corporation GP
PO Box 27028
New York, NY   10087-7028
```